**Electronically Filed
Supreme Court
SCAD-20-0000758
18-DEC-2020
08:42 AM
Dkt. 4 ORD**

SCAD-20-0000758

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ROY M. YOSHINO (Bar No. 1419),
Respondent.

---

ORIGINAL PROCEEDING
(ODC NO. 19-0477)

ORDER TO TRANSFER TO INACTIVE STATUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the December 15, 2020 petition filed by the Office of Disciplinary Counsel (ODC) on behalf of, and with the approval of, the Disciplinary Board of the Supreme Court of the State of Hawai‘i, requesting this court to immediately transfer Respondent Roy M. Yoshino to inactive status, pursuant to Rules 2.19 (b) of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), we conclude transfer to inactive status is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Roy M. Yoshino is immediately transferred to inactive status in this jurisdiction, pursuant to RSCH Rules 2.19(b) and 2.19(c), effective with the

filing of this order. Respondent Yoshino shall remain on inactive status until further order of this court.

IT IS FURTHER ORDERED that ODC shall suspend and hold in abeyance proceedings against Respondent Yoshino to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that the Disciplinary Board shall, pursuant to RSCH Rule 2.19(d), cause a notice of this transfer to inactive status to be published in a newspaper of general circulation in the judicial circuit in which Respondent Yoshino maintained his practice.

IT IS FINALLY ORDERED that the clerk of the court, pursuant to RSCH Rule 2.19(e), shall transmit a certified copy of this order to all judges of the State of Hawaiʻi and shall request their assistance and such action as may be indicated, pursuant to RSCH Rule 2.20, to protect the interests of both Respondent Yoshino and his clients, if any.

DATED: Honolulu, Hawaiʻi, December 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2